*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
TANG, LAWRENCE, and J. STEPHENS[1]
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Morgan E. HENSON**
Aviation Electronics Technician Airman (E-3), U.S. Navy
Appellant

**No. 201900104**

Decided: 29 August 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Captain Jonathan Stephens, JAGC, USN. Sentence adjudged 14 February 2019 by a special court-martial convened at Naval Air Station Jacksonville, Florida, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for months, and a bad-conduct discharge.

For Appellant: Commander R. Donald Evans, Jr., JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

---

[1] Appellate Judge John J. Stephens, Lieutenant Colonel, USMC, is not related to the Military Judge, Jonathan Stephens, Captain, JAGC, USN.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court